ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

MARLENE A. JOHNSON

*     IN THE

*     SUPREME COURT

*     OF MARYLAND

*     AG Docket No. 84

∗     September Term, 2022

## O R D E R

Upon consideration of the Joint Petition for Indefinite Suspension by Consent, filed on August 29, 2023, by Petitioner, the Attorney Grievance Commission of Maryland and Respondent, Marlene A. Johnson, in which Respondent consents to the imposition of an indefinite suspension from the practice of law it is this 1st day of September 2023,

ORDERED, by the Supreme Court of Maryland, that, effective October 31, 2023, the Respondent Marlene A. Johnson, be indefinitely suspended from the practice of law in the State of Maryland for violations of Rules 1.1; 1.3; 1.4(a) and (b); 1.5(a); 1.16(d); and 8.4(a) and (d) (misconduct) of the Maryland Attorney's Lawyers' Rules of Professional Conduct, and Maryland Rule 19-407; and it is further

ORDERED that, the Clerk of this Court shall remove the name of Marlene A. Johnson from the register of attorneys in the Court and shall certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials
Act (§§ 10-1601 et seq. of the State Government Article) this
document is authentic.



Gregory Hilton, Clerk

/s/ Michele D. Hotten
Justice